IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No: 6:22-cv-00060-ADA<br><br>Civil Action No: 6:22-cv-00061-ADA<br><br>   JURY TRIAL DEMANDED |

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby discloses it has no parent corporations and that there is no publicly-held company that owns 10% or more of Apple Inc.'s stock.

Dated: February 7, 2022                                Respectfully submitted,

                                                       By:   */s/ Benjamin C. Elacqua*

                                                              Ruffin B. Cordell
                                                               **FISH & RICHARDSON P.C.**
                                                               Texas Bar No. 04820550
                                                               1000 Maine Ave., SW
                                                               Washington, DC 20024
                                                               cordell@fr.com
                                                               Telephone: (202) 783-5070
                                                               Fax: (202) 783-2331

                                                               Benjamin C. Elacqua
                                                              **FISH & RICHARDSON P.C.**
                                                               Texas Bar No. 24055443
                                                               One Houston Center – 28th Floor
                                                               1221 McKinney

Houston, TX 77010
elacqua@fr.com
Telephone: (713) 654-5300
Fax: (713) 652-0109

Betty H. Chen
**FISH & RICHARDSON P.C.**
Texas Bar No. 24056720
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, TX 78701
bchen@fr.com
Tel: (512) 472-5070
Fax: (512) 320-8935

Mark D. Selwyn
(*Pro Hac Vice* to be filed)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real
Ste. 400
Palo Alto, CA 94306
mark.selwyn@wilmerhale.com
Telephone: (650) 858-6000
Fax: (650) 858-6100

Joseph J. Mueller
(*Pro Hac Vice* to be filed)
joseph.mueller@wilmerhale.com
Timothy D. Syrett
(*Pro Hac Vice* to be filed)
timothy.syrett@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**COUNSEL FOR DEFENDANT, APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 7, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua